IRENE PINTO. DE CARRILLO, Respondent, *v.* ENRIQUE CARRILLO, Appellant.

*N. Y. Supreme Court, First Department, General Term, July, 6, 1889.*

*Pleading. More definite and certain.*—By rule 22 of the general rules of practice, a motion to make a complaint more definite and certain is required to be made before the service of a demurrer or an answer.

Appeal from an order denying a motion to make the complaint more definite and certain.

*Emmet H. Olcott* and *William Q. Judge,* for appellant.

*William Nelson Cromwell* and *Merritt E. Haviland,* for respondent.

DANIELS, J.—The answer of the defendant in this action was served on the 17th of November, 1888, and the notice of motion to make the complaint more definite and certain was not given until the latter part of January, 1889. This entitled the plaintiff to a denial of the motion, for, by rule 22 of the general rules of practice, a motion of this description is required to be made before the service of a demurrer or an answer. The order, accordingly, should be affirmed, with ten dollars costs and also the disbursements.

VAN BRUNT, Ch. J., and BARRETT, J., concur.